UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA DELGADO,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 25 Civ. 2081 (VSB) (SLC)

COMMISSIONER OF SOCIAL SECURITY,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (1:25-mc-00433-LTS) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Defendant's opposition to the Motion for Judgment on the Pleadings shall be due on **Tuesday, December 16, 2025.**

- Plaintiff's reply in further support of the Motion for Judgment on the Pleadings shall be due on **Tuesday, January 27, 2026.**

Dated:     New York, New York
             November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge