**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YESENIA DELGADO,

                        Plaintiff,                          25 **CIVIL** 2081 (VSB)(SLC)

        -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 3, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for a hearing and will issue a new decision.

**Dated:**  New York, New York

       December 4, 2025

                                        **TAMMI M. HELLWIG**

                                        _____

                                           **Clerk of Court**

                  **BY:**           K. mango

                                        _____

                                           **Deputy Clerk**