UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
YESENIA DELGADO,                                          :
:
                                    Plaintiff,           :
:                              25-CV-2081 (VSB)
                    -against-                             :
:                                  **ORDER**
COMMISSIONER OF SOCIAL SECURITY,   :
:
                                    Defendant.           :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On March 17, 2025, I referred this case to Magistrate Judge Sarah L. Cave, the assigned

Magistrate Judge in this matter.  (Doc. 5.)  To conserve resources, to promote judicial efficiency,

and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the

parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting

all further proceedings before the assigned Magistrate Judge.  If both parties consent to proceed

before the Magistrate Judge, by March 18, 2026, the parties shall file a fully executed Notice,

Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is

available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, or mail

or email a copy to BroderickNYSDChambers@nysd.uscourts.gov.  If the Court approves that

form, all further proceedings will then be conducted before the assigned Magistrate Judge rather

than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge, the parties must file a joint letter by March 18, 2026 advising the Court that

the parties do not consent, but without disclosing the identity of the party or parties who do not

consent.  The parties are free to withhold consent without negative consequences.  Moreover, the

parties are also free to later resume discussions and consent to the jurisdiction of the assigned

Magistrate Judge if they desire.

SO ORDERED.

Dated:        March 4, 2026
              New York, New York

Vernon S. Broderick
United States District Judge